UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

DUANE MOORE,

            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12-13-19

17-cr-7 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Clerk is directed to open a civil docket with Dkt. No. 40 in this case reflected as Dkt. No. 1 in the new civil case. The Clerk is directed to place Dkt. Nos. 41-46 on the new civil docket. The Clerk is directed to update the address of the petitioner in the civil case as follows:

    Duane Moore #54929-053
    FCI Fort Dix
    Federal Correctional Institution
    P.O. Box 2000
    Joint Base MDL, NJ 08640

**SO ORDERED.**
Dated:    New York, New York
            December 13, 2019

                                      John G. Koeltl
                                      United States District Judge

*Copy mailed to pro se party at the above address.*