UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -                                17 Cr. 7 (JGK)

DUANE MOORE,                               ORDER

                     Defendant.

**JOHN G. KOELTL, District Judge:**

On February 19, 2021, the Court requested that the Federal Defenders represent the defendant, Duane Moore, in connection with his application for compassionate lease and to submit any additional papers. ECF No. 50. No such papers have been submitted. The Court again requests that the Federal Defenders submit any additional papers in support of the application of the defendant for compassionate release or decline to do so by June 11, 2021. The Government may respond by June 25, 2021. The defendant may reply by July 9, 2021.

**SO ORDERED.**

Dated:    New York, New York
           May 21, 2021

                                            John G. Koeltl
                                            United States District Judge