UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -                                17 Cr. 7 (JGK)

DUANE MOORE,                               ORDER

Defendant.

JOHN G. KOELTL, District Judge:

On February 19, 2021, the Court requested that the Federal Defenders represent the defendant, Duane Moore, in connection with his application for compassionate release. The Court made the same request in an order dated May 21, 2021. The Federal Defenders failed to respond to either Order. The Federal Defenders is directed to advise the Court by July 2, 2021 whether it will represent the defendant in connection with his application for compassionate release.

The Clerk is directed to mail a copy of this Order to the defendant at Duane Moore/54929-053, Federal Correctional Institution, P.O. Box 2000, Fort Dix, New Jersey 08460.

SO ORDERED.

Dated:   New York, New York
         June 23, 2021

                                    _____
                                    John G. Koeltl
                                    United States District Judge