UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES

    - against -

DUANE MOORE,

              Defendant.

17-cr-7 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    Defense counsel may reply to the Government's response by **February 14, 2022.**

SO ORDERED.
Dated:    New York, New York
           January 31, 2022

                                  John G. Koeltl
                            United States District Judge